talking about this international research process which we have taken — we have taken all the information we have with us that has been released and that we can use together to make policies for successful relay research that is all that we have taking all the information within a single image behind some other set of frameworks It is interesting at least from our perspective is that the most RShould we have what we have It is remediation The answer is one episode to the establishment of generic and central behavioral policies it is the result of these remediations we introduce special guidance special recommendations basic and categorical policies We have seen over the last year a very similar and highly complex dedication to the important and ethnological When we wrote the intersections out Some of the  sections actually it is fantastic also up to and simply got sections we also presented the intersections we are it's is was award for conclusion was is the progression of where how we get through the future and the progression but we were pretty forceful there are not many either of and but for    and and and and         then you  hear here her ever very here very very very very very very very very way this this way this  this this way this this way this this this this and and and now now now now now now now now now now now now now now now now now now and and  and and and and   and and      I'd I'd  I'd I'd I'd I'd I'd I'd I'd I'd I'd I'd I'd I'd I'd I'd I'd I I I I I I I I I I I I I I I           I I  I  I I I I I I          I I      B B B B B B  I I I I I I   E  E As E As As As As As  As As As As As I I            I I I I I I I I I I I I I I I I I I I  I I I I  We So  So We  We So So We   So  So So   So  So So So So So So So So So  So So So So So So so a long time that I had in 2005. Nice to meet you. My name is Mark and I work at the Georgia Police Department Prosecutor's Office. Prosecutor Johnson and I work at each other. And we've been working since January. And in this case, we came to figure out how to get to the police. And we ended up getting to the police in September. And we were chasing a couple of them over here. And they had been doing this search. And a lot of people, they were in circles and cat searches. And we ended up getting to some of the police officers. And they were in the city as well. Or we ended up getting to some of the officers who were in this useful compartment that wasn't a search. And in this case, there's no communication or objective communication. It constitutes an issue. I don't know if there's something interesting happening to her. And it doesn't look to me as though anything close to what's happening to her. So, we're searching for signage on this type of car. So, I'm interested to know if there's anything interesting happening to her.  You get the point. It's a good thing. A good thing. And in this instance, it's a good thing. It's a good thing. It's a good thing. It's a good thing. It's a good thing. It's a good thing. And it's a good thing. And the thing is, you still see where the MPRD room is. And as you're talking about going with the prosecutor's car, it's a good thing to do for your own safety. I'm going to respond to the guideline itself. The officers' application of traces, signage, their identity, their nature, the replaying and searches of search equipment are required. The text that you're going to see is that it's all in text. It's going to be very hard to imagine what you're going to do with these instances. And then, you can tell your officers whether that's an offer on top of your car. And it will still be important that you put it to see your prosecutor rather than to get one. And it's a good thing to do. I think the guidelines are focused on the command and control, which is the objective of the procedure. And there are a number of ways to do this. And I think you can do this. Yes, Your Honor. The case-frame census and the search cases are subject to some definition. And in this case, we're indicating there's a case of defendant who had misdemeanor. There's a crime communicated or received by the defendant. Receiving it was the whole sentence. Yes. And I must add, for example, we are having a television in Seattle. So, we're going to have a television in Seattle. And, of course, this is a crime that could be a case. And just as you brought up the brand and the sentiment of the justices who had this cooperation, it could be a crime against your sister, uncle's sister, your husband's mother, your girlfriend, and a number of other people. And, of course, this is a crime. In addition, it's also a crime for the officer. I understand and understand. Our teams are focused in searching for the case. However, if there is anybody who is insisting that we want to investigate it, let me know. And if somebody has a case, let me know. If somebody has a case that you've seen, let me know. But, again, your cooperation is very important. This is not an officer. Again, this is a very sensitive issue. I'm wondering if there are any claims. Yes. Is there any doubt that they interpret U.S. intelligence on this kind of thing? Assuming that the U.S. intelligence is being interpreted as a regime, as a type of legal regime, it should be a different institution based on the insurance that's required of the U.S. to be investigated. But I think the evidence that I have is being used in court surveys. And so, in the last five years, I've been in court surveys on this kind of analysis. John, does that answer your question? Well, I'm just curious. I'm just curious, can you speak on a regime that encourages the number of human beings in the atmosphere to use C-4s? I mean, it's an issue of quantitative prediction. Did you bother to obtain C-4s in the U.S. attempt to detect C-4s in the atmosphere so far? Did you first intervene with C-4s in the atmosphere? Of course. The message to the prosecutor, did you call C-4s and came here to talk? I'm here to talk to you, so I should hear that in mind. And so, can you repeat this? I mean, can you speak on a regime that encourages the number of human beings in the atmosphere to use C-4s? That's correct, Your Honor. I've been curious. Can you speak on a regime that encourages the number of human beings in the atmosphere? Of course. I mean, can't you just mention them to me, and allow us to draw it to a conclusion? So, just the fact that a regime that encourages the number of human beings in the atmosphere, it's one that I've been working on for a long time. You know, you're going to get it. I mean, a regime that encourages the number of human beings in the atmosphere, it's one that's been going on for a long time, basically. In this case, it's a crime that's sort of a national, a slaughter of human beings. And a regime that encourages the number of human beings in the atmosphere is one that, you know, the politicians in the room, they're, you know, calling it a consumerist regime. So, somebody is actually speaking to the people in the room. And, Your Honor, and can you then clarify some things about what it means to use C-4s or C-5s? I mean, C-4s are basically a trans-unit system. And, you know, we're generating evidence in collections, we're archiving evidence. And, you know, there's a lot of stuff that you can do to sort of, you know, manage and sort of, control the content. And, Your Honor, I'm not convinced that what you're saying is that you didn't have C-5s. But, I'm not a proponent or somebody that uses C-4s. Your Honor, is there any communication issue? I'm sorry, I don't understand. Yes, communication issue, Your Honor. C-4s, they're an interpretation of the trans-unit communication. So, like, I don't know if that's a target for what I'm going to address, but I'm going to say what I'm going to say that I want to. I mean, C-4s, you know, C-5s, you know, it's just like somewhere where the target, you know, a target is a particular language.  I don't know if it's a target for C-5s. Your Honor, I don't, over, I'm sorry. I think you're going to have to ask another case, please. I did not see any language in there. I think you're correct. It's in the papers. It's in the 3rd v. 3rd. You can't foresee the target, the target, as such, as such. I don't think it's a target for C-5s. Your Honor, the, the, the C-4s, they're not names. They're, they're the same language. And, they tend to either display a prosecutor, or, or, prosecutor's receipts, like this. And, and, and, and, and, and, but, but some still have cases of these, these, A, A, A-s Biography, with theirbacksor (?) with thierbacksor (?) So if you close your prosecutor E-G. We had all the takes on long  We had all the takes on long E-G. This is,     the a t r o p s p e c i a l I don't think they have a about to become the a t r o p s p e c eal so, I don't think they have a pass pass  pass  another about to become the a t r o p s p ecia putting you over to them them just they have something they have  to they have to you have to you have to you have to you have to love love each other with each other with each  with  other with each other and can connect with each other with each other to bring together a better world.
judges: Kleinfeld, Ikuta, Watford